IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Modesta Brinkman, David Brinkman, James Coleman, Carl Foster, Karen Foster, Robert Collins, Pamela Collins, | ) ) ) ) | C/A: 3:16-169-JFA ORDER SETTING PRETRIAL CONFERENCE |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Weston & Sampson, Inc., Weston & Sampson Engineers, Inc., Weston & Sampson Services, Inc., Weston & Sampson CMR, Inc., City of Columbia, SC, North American Pipeline Management, Layne Inliner and Robert Horner, P.E., | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

In this recently filed action, the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the conference, in chambers, on Thursday, February 4, 2016 at 10:00 a.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 27, 2015                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge