IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Modesta Brinkman, David Brinkman, James Coleman, Carl Foster, Karen Foster, Robert Collins, Pamela Collins, | C/A: 3:16-169-JFA |
| Plaintiffs, | ORDER |
| v. | |
| Weston & Sampson, Inc., Weston & Sampson Engineers, Inc., Weston & Sampson Services, Inc., Weston & Sampson CMR, Inc., City of Columbia, SC, North American Pipeline Management, Layne Inliner and Robert Horner, P.E., | |
| Defendants. | |

It has come to the Court's attention that the previous Order scheduling a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure on Thursday, February 4, 2016 at 10:00 a.m. was premature since one Defendant has neither answered nor appeared in the case. The conference pursuant to Rule 16 will no longer take place on that date. The Court will issue a similar Order after all Defendants have either answered or made an appearance in the case.

IT IS SO ORDERED.

February 1, 2016
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge